**ORDERED.**

**Dated: January 28, 2010**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-30986/0159318088

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-BK-30366-EWH |
| John D. Wills and Gabriela Q. Wills<br>　　　　Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br>John D. Wills and Gabriela Q. Wills, Debtors,<br>Diane C. Kerns, Trustee, Trustee.<br>　　　　Respondents. | ORDER<br><br>(Related to Docket #22) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> LOT 79 IN VILLAGE 11 OF THE FINAL PLAT FOR MADERA HIGHLANDS: VILLAGES 11 THROUGH 14 AND 16 THROUGH 23, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 59 OF MAPS AND PLATS AT PAGE 65 THEREOF, AND AS AMENDED BY THE DECLARATION OF SCRIVENER'S ERROR RECORDED IN DCOKET 12778 AT PAGE 325

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.